BEFORE THE SECOND DIVISION, MAY 13, 1940

**No. 43683.**—Petition 5989–R of Chinese Gems Co., Inc. (New York).

Opinion by TILSON, J.   No evidence was offered to support the good faith of the importer.   The petition was therefore dismissed.

**No. 43684.**—Protests 667729–G, etc., of J. S. McKenzie Co., Inc., et al. (New York).

Opinion by KINCHELOE, J.   It was stipulated that the merchandise consists of cocoa fiber mats similar to those passed upon in *United States* v. *Penn* (27 C. C. P. A. 242, C. A. D. 93).   The claim at 90 percent under paragraph 1529 (a) was therefore sustained.

**No. 43685.**—Protests 718734–G, etc., of P. J. Frawley et al. (Los Angeles).

Opinion by KINCHELOE, J.   It was stipulated that the merchandise consists of cocoa fiber mats similar to those passed upon in *United States* v. *Penn* (27 C. C. P. A. 242, C. A. D. 93).   The claim at 90 percent under paragraph 1529 (a) was therefore sustained.

**No. 43686.**—Protests 958266–G, etc., of H. H. Elder & Co. et al. (Los Angeles).

Opinion by KINCHELOE, J.   It was stipulated that the merchandise consists of cocoa fiber mats similar to those passed upon in *United States* v. *Penn* (27 C. C. P. A. 242, C. A. D. 93).   The claim at 90 percent under paragraph 1529 (a) was therefore sustained.

**No. 43687.**—Protests 826260–G, etc., of American Dec. Flower Co. et al. (Baltimore).

Opinion by KINCHELOE, J.   On the authority of *Lamborn* v. *United States* (27 C. C. P. A. 46, C. A. D. 60) the protests were dismissed.

**No. 43688.**—Protests 748611–G, etc., of Storrs Mica Co. et al. (New York and Seattle).

Opinion by KINCHELOE, J.   On the authority of *Lamborn* v. *United States* (27 C. C. P. A. 46, C. A. D. 60) the protests were dismissed.